UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

JEREMIAH A. ELLIS,                    )
                                      )
                  Plaintiff,          )
                                      )
        v.                            )          Case No. 2:18-mc-29
                                      )
DIANA S. GOLDSTEIN,                   )
                                      )
                  Defendant.          )

**ORDER**

This matter is before the court on the Motion to Have Federal Charges Filed Against Diana S. Goldstein [DE 1] filed by the plaintiff, Jeremiah Ellis, on March 12, 2018.  Upon review, Jeremiah Ellis has not paid the filing fee or submitted a motion for leave to proceed *in forma pauperis*, as required.  Therefore, his case cannot be allowed to proceed.  The court, being duly advised, **DENIES** the motion.

ENTERED this 13th day of March, 2018.

/s/ Andrew P. Rodovich
United States Magistrate Judge